# MAGISTRATE JUDGE MINUTE ORDER

- DOCUMENTS UNDER SEAL: ☐
- TOTAL TIME (mins): 3 Mins
- DEPUTY CLERK: Ivy L. Garcia
- REPORTER/FTR: FTR: 9/6/07 10:02:55-10:05:20
- MAGISTRATE JUDGE: HON. WAYNE D. BRAZIL
- DATE: 9/6/07
- NEW CASE: ☐
- CASE NUMBER: 4-07-70514-WDB

## APPEARANCES

| DEFENDANT | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | PD. ☒ RET. ☐ |
|---|---|---|---|---|---|
| FUAMETE FUIAVA | | Yes | P | Jerome Matthews | APPT. ☐ |

- U.S. ATTORNEY: Deborah Douglas
- INTERPRETER: Int. not needed by the deft.
- FIN. AFFT: ☒ NOT SUBMITTED
- COUNSEL APPT'D: ☐
- PROBATION OFFICER: None
- PRETRIAL SERVICES OFFICER: Paul Mamaril
- DEF ELIGIBLE FOR APPT'D COUNSEL: ☐
- PARTIAL PAYMENT OF CJA FEES: ☐

## PROCEEDINGS SCHEDULED TO OCCUR

- ☐ INITIAL APPEAR
- ☐ PRELIM HRG
- ☐ MOTION
- ☐ JUGM'T & SENTG
- ☐ STATUS
- ☐ I.D. COUNSEL
- ☐ ARRAIGNMENT
- ☐ BOND HEARING
- ☐ INITIAL APPEAR REV PROB OR S/R
- ☐ OTHER
- ☒ TIMING OF DETENTION HRG WAIVED BY THE DEFT.
- ☒ ID / REMOV HRG WAIVED BY THE DEFT.
- ☐ CHANGE PLEA
- ☐ PROB. REVOC.
- ☒ ATTY APPT HEARING NOT HELD

## INITIAL APPEARANCE

- ☐ ADVISED OF RIGHTS
- ☐ ADVISED OF CHARGES
- ☐ NAME AS CHARGED IS TRUE NAME
- ☐ TRUE NAME

FILED SEP 6 - 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## ARRAIGNMENT

- ☐ ARRAIGNED ON INFORMATION
- ☐ ARRAIGNED ON INDICTMENT
- ☐ READING WAIVED SUBSTANCE
- ☐ WAIVER OF INDICTMENT FILED

## RELEASE

- ☐ RELEASED ON O/R
- ☐ ISSUED APPEARANCE BOND
- AMT OF SECURITY: $
- SPECIAL NOTES
- ☐ PASSPORT SURRENDERED DATE:
- PROPERTY TO BE POSTED: ☐ CASH $
- CORPORATE SECURITY ☐
- REAL PROPERTY: ☐

- ☐ MOTION FOR DETENTION
- ☐ PRETRIAL SERVICES REPORT
- ☒ DETAINED
- ☐ RELEASED
- ☒ TIMING OF DETENTION HEARING AND FORMAL FINDINGS WAIVED BY THE DEFT.
- ☒ REMANDED TO CUSTODY

ORDER REMOVED TO THE DISTRICT OF HAWAII, HONOLULU FORTHWITH IN CUSTODY

## PLEA

- ☐ CONSENT ENTERED
- ☐ NOT GUILTY
- ☐ GUILTY
- GUILTY TO COUNTS: ☐
- ☐ PRESENTENCE REPORT ORDERED
- ☐ CHANGE OF PLEA
- ☐ PLEA AGREEMENT FILED
- OTHER:

## CONTINUANCE

- TO:
- ☐ ATTY APPT HEARING
- ☐ BOND HEARING
- ☐ STATUS RE: CONSENT
- ☐ STATUS / TRIAL SET
- AT:
- ☐ SUBMIT FINAN. AFFIDAVIT
- ☐ PRELIMINARY HEARING OR ARRAIGNMENT
- ☐ CHANGE OF PLEA
- ☐ OTHER
- BEFORE HON.
- ☐ DETENTION HEARING
- ☐ MOTIONS
- ☐ JUDGMENT & SENTENCING
- ☐ TIME WAIVED
- ☐ TIME EXCLUDABLE UNDER 18 § USC 3161
- ☐ IDENTITY / REMOVAL HEARING
- ☐ PRETRIAL CONFERENCE
- ☐ PROB/SUP REV. HEARING

## ADDITIONAL PROCEEDINGS

The deft. waived his Identity/Removal Hrg. and Detention Hrg. in this district. The deft. was ordered detained by the Court. The deft. reserves his rights to revisit the matter of detention de novo in USDC, District of Hawaii, Honolulu. The Court ordered that the deft. be removed forthwith in custody to USDC, District of Hawaii, Honolulu.

cc: WDB's Stats, Pretrial, Probation

DOCUMENT NUMBER: