# UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

FILED
SEP 6 - 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA
V.
FUAMETE FUIAVA

## COMMITMENT TO ANOTHER DISTRICT

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 4-07-70514-WDB | CR 98-00398HG-01 | 4-07-70514-WDB | CR 98-00398HG-01 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment   ☐ Information   ☐ Complaint   ☒ Other (specify) Petition for Action on Offender's Supervised Release Violation Form 12

charging a violation of Title 18 U.S.C. § 3583

**DISTRICT OF OFFENSE**
U.S. District Court, District of Hawaii, Honolulu

**DESCRIPTION OF CHARGES:**

Supervised Release Violation

**CURRENT BOND STATUS:**

☐ Bail Fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☒ Other (specify) On 9/6/07, the deft. waived his Identity/Removal Hearing and Detention Hearing in the District of Arrest, reserving his rights to revisit the matter of detention de novo in the District of Offense.

**Representation:** ☐ Retained Own Counsel   ☒ Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?** ☒ No   ☐ Yes   Language: _____

**TO: THE UNITED STATES MARSHAL     NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

9-6-07
Date

United States Judge or Magistrate Judge WAYNE D. BRAZIL

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

cc: WDB's Stats, Pretrial, Copies to parties via ECF, 2 certified copies to Marshal, Probation