UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

FILED
SEP 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

September 7, 2007

Office of the Clerk
U.S. District Court, District of Hawaii
300 Ala Moana Blvd., Rm. C338
Honolulu, HI 96850

Case Name:      US-v-Fuamete Fuiava
Case Number:    4-07-70514-WDB       District of Hawaii #CR 98-00398HG-01
Charges:        18:3583 Violation of Conditions of Supervised Release

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Wayne D. Brazil. The following action has been taken:

(X)  The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
( )  The defendant has a court appearance in your court on:

Enclosed are the following documents:
original Rule 5 affidavit
certified copy of *AO 94, Commitment to Another District*

**Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.**

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Kelly Collins
Case Systems Administrator

RECEIVED
CLERK U.S. DISTRICT COURT
SEP 10 2007
DISTRICT OF HAWAII

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

_____.

Date: _____

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk